IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| NANCY LANDEROS, AN INDIVIDUAL, Appellant, vs. IDALBERTO BRAVO MORALES, AN INDIVIDUAL, Respondent. | No. 85243 |

FILED

SEP 26 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to appellant's notice of voluntary withdrawal of this appeal, this appeal is dismissed.  NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Erika D. Ballou, District Judge
William C. Turner, Settlement Judge
Hicks & Brasier, PLLC
Rogers, Mastrangelo, Carvalho & Mitchell, Ltd.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-30182